**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CRIMINAL NO.  1:05CR13-1**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **JACK DORSEY** | ) | |
| | ) | |

      **THIS MATTER** is before the Court on motion of defense counsel for permission to file

for an interim payment of counsel fees.

      For the reasons set forth in the motion and for cause shown,

      **IT IS, THEREFORE, ORDERED** that counsel's motion is **ALLOWED**, and John C.

Hunter is hereby permitted to file an interim fee petition in this matter.

**Signed: October 25, 2005**

Dennis L. Howell
United States Magistrate Judge